IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02222-LTB

WILLIAM LEE LORNES THE III, also known as
WILLIAM LEE LORNES,

      Plaintiff,

v.

AMDUJAR,

      Defendant.

---

## JUDGMENT

---

      Pursuant to and in accordance with the Order of Dismissal entered by Lewis T.

Babcock, Senior District Judge, on October 19, 2012, it is hereby

      ORDERED that Judgment is entered in favor of Defendant and against Plaintiff.

      DATED at Denver, Colorado, this 19 day of October, 2012.

                  FOR THE COURT,

                  JEFFREY P. COLWELL, Clerk


                  By: s/L. Gianelli
                    Deputy Clerk